UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANFRANCO "JOHN" BENTIVOGLIO, | CIVIL ACTION NO. 1:18-cv-02040-PKC |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] JUDGMENT |
| EVENT CARDIO GROUP INC., and EFIL SUB OF ECG, INC., | |
| Defendant(s). | |

On February 24, 2021, the Court granted Plaintiff Gianfranco "John" Bentivoglio's ("Bentivoglio") motion for summary judgment against Defendant Event Cardio Group Inc. ("ECGI") holding that "[Bentivoglio] has met the elements of a breach of contract under New York law, and ECGI's defenses do not raise any genuine issues of material fact" and directed Bentivoglio to submit a proposed judgment, as well as allowing Bentivoglio to submit a request for attorney's fees 14 days after this judgment pursuant to Federal Rule of Civil Procedure 54(d)(2)(B); it is

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff Gianfranco "John" Bentivoglio against Defendant Event Cardio Group Inc. in the amount of **$468,083.47**, with pre-judgment interest in the amount of $ 88,893.96/100 for a total sum of $ 556,977.43/100.

Dated: New York, New York
March 10, 2021

_____
P. Kevin Castel
United States District Judge

91453643v.1