UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GIANFRANCO "JOHN" BENTIVOGLIO, et al.,

                Plaintiff(s),                         ORDER

       -against-
                                                    18-cv-2040 (PKC)

EVENT CARDIO GROUP INC., et al.,

                Defendant(s).
----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant Event Cardio Group, Inc. will have 14 days within the filing of this order, if it wishes, to file a sur-reply memorandum of law in opposition to plaintiff John Bentivoglio's motion for award of attorneys' fees.

        SO ORDERED.

                                                  P. Kevin Castel
                                           United States District Judge

Dated:  New York, New York
            November 2, 2021