UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GIANFRANCO "JOHN" BENTIVOGLIO, et al.,

                Plaintiff(s),

                -against-

EVENT CARDIO GROUP INC., et al.,

                Defendant(s).
------------------------------------------------------------x

ORDER

18-cv-2040 (PKC)

CASTEL, U.S.D.J.

        The Court modifies the Order of Dismissal entered on November 16, 2021 for the limited purpose of reinstating plaintiff's motion for attorneys' fees and expenses. (Doc 135.)

        The Court is advised that pursuant to a settlement reached between plaintiff and Event Cardio Group, Inc. ("ECGI"), ECGI has withdrawn its opposition to plaintiff's motion for attorneys' fees and costs. Pursuant to Rule 54(d)(2), Fed. R. Civ. P., plaintiff's motion for the recovery of attorneys' fees and costs in the amount of $259,812.11 is GRANTED. and the Clerk shall enter judgment for plaintiff against ECGI in said amount.

        SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 23, 2021