**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GIANFRANCO "JOHN" BENTIVOGLIO, et al.,

                Plaintiffs,

-against-                                                                                    18 CIVIL 2040 (PKC)

**JUDGMENT**
for Attorneys' Fees and Costs

EVENT CARDIO GROUP INC., et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 23, 2021, the Court modifies the Order of Dismissal entered on November 16, 2021 for the limited purpose of reinstating plaintiff's motion for attorneys' fees and expenses. (Doc 135.) The Court is advised that pursuant to a settlement reached between plaintiff and Event Cardio Group, Inc. ("ECGI"), ECGI has withdrawn its opposition to plaintiff's motion for attorneys' fees and costs. Pursuant to Rule 54(d)(2), Fed. R. Civ. P., plaintiff's motion for the recovery of attorneys' fees and costs in the amount of $259,812.11 is GRANTED.

**Dated:**  New York, New York

      November 24, 2021

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                        **BY:**      *K. Mango*
                                                      **Deputy Clerk**